**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DAVID MCGLYNN,

                Plaintiff,

                                  20 **CIVIL** 4546 (NRB)

    -against-                    **DEFAULT JUDGMENT**

CUBE NEW YORK INC.,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Memorandum and Order dated April 9, 2021, Plaintiff's motion for a default judgment is hereby granted in part and denied in part. Plaintiff's request for damages pursuant to Section 1202 (b) of the DMCA is denied. However, plaintiff is granted damages for violations of the Copyright Act in the principal amount of $9,000, plus post-judgment calculated from the date of entry of this judgment, at the rate set forth in 28 U.S.C. § 1961. Plaintiff is further granted $1,162.50 in reasonable fees and costs. Judgment is entered in favor of the plaintiff.

.

**DATED**: New York, New York
          April 12, 2021

                                                   **RUBY J. KRAJICK**
                                                   **Clerk of Court**

                                      BY: _____
                                                    **Deputy Clerk**